IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| ALYSE SANCHEZ, *et al.*, | ) ) ) | |
| Plaintiffs-Petitioners, | ) ) | Civil No. 8:19-cv-01728-GJH |
| v. | ) ) | |
| KEVIN MCALEENAN, *et al*., | ) ) | |
| Defendants-Respondents. | ) ) | |
| WANRONG LIN, *et al.*, | ) ) ) | |
| Plaintiffs-Petitioners, | ) ) | Civil No. 8:18-cv-03548-GJH (consolidated) |
| v. | ) ) | |
| KIRSTJEN NIELSEN, *et al.*, | ) ) | |
| Defendants-Respondents. | ) ) | |

**PLAINTIFFS' CONSENT MOTION TO EXTEND DEADLINE FOR
RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs hereby move to extend the deadline for responding to Defendants' Motion for Summary Judgment ("Motion for Summary Judgment," ECF 72) until July 14, 2021. Defendants have indicated that they consent to the requested extension.

As grounds for this Motion, Plaintiffs state as follows:

1. Defendants filed their Motion for Summary Judgment on February 9, 2021.

2. The current deadline for Plaintiffs' response to the Motion for Summary Judgment is June 23, 2021.

3. Plaintiffs and Defendants are currently engaged in discussions in an effort to settle and resolve the above-captioned matters.

4. To make additional time for that effort, Plaintiffs requested a new deadline of July 14, 2021 for Plaintiffs to respond to the Motion for Summary Judgment, and Defendants consented to that extension.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and extend the deadline to respond to the Motion for Summary Judgment until July 14, 2021.

Dated: June 22, 2021　　　　　　　　　　Respectfully Submitted,
Baltimore, MD

　　　　　　　　　　　　　　　　　　　　　　/s/ Nathaniel S. Berry
　　　　　　　　　　　　　　　　　　Seth A. Rosenthal, Esq. (Bar No. 17080)
　　　　　　　　　　　　　　　　　　Nathaniel S. Berry, Esq. (Bar No. 29278)
　　　　　　　　　　　　　　　　　　**VENABLE LLP**
　　　　　　　　　　　　　　　　　　750 E. Pratt Street, Suite 900
　　　　　　　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　　　　　　　Telephone: (410) 244-7400
　　　　　　　　　　　　　　　　　　Facsimile: (410) 244-7742
　　　　　　　　　　　　　　　　　　sarosenthal@venable.com
　　　　　　　　　　　　　　　　　　nsberry@venable.com

　　　　　　　　　　　　　　　　　　Nicholas T. Steiner, Esq. (Bar No. 19670)
　　　　　　　　　　　　　　　　　　David Rocah, Esq. (Bar No. 27315)
　　　　　　　　　　　　　　　　　　**AMERICAN CIVIL LIBERTIES UNION OF MARYLAND FOUNDATION**
　　　　　　　　　　　　　　　　　　3600 Clipper Mill Road, Suite 350
　　　　　　　　　　　　　　　　　　Baltimore, MD 21211
　　　　　　　　　　　　　　　　　　Telephone: (410) 889-8550
　　　　　　　　　　　　　　　　　　steiner@aclu-md.org
　　　　　　　　　　　　　　　　　　rocah@aclu-md.org

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*